**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


United States of America

    v.                                   Civil No. 05-cv-085-JM

$38,000 US Currency


**ORDER**

    Re:  Document No. 39, <u>Motion In Limine</u>

    Ruling: GRANTED.  A party may notice a trial deposition outside the discovery period, particularly of a witness not within the subpoena range of this court.  The plaintiff is to arrange for the deposition when claimant's counsel is not in trial.  Whether claimant's counsel attends in person or by video is his and his client's decision.  Nothing in this ruling is a ruling that the deposition is admissible or that it is not.

                                                  James R. Muirhead
                                                  U.S. Magistrate Judge

Date: June 22, 2006

cc: David H. Bownes, Esq.
    Robert J. Rabuck, Esq.
    Jean B. Weld, Esq.