```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                              Civil No. 05-cv-085-JM

$38,000.00 US Currency


**O R D E R**

The following rulings are made on the July 26, 2006 deposition of Curtis Corliss:

| Objection | | Ruling |
|---|---|---|
| Page | Line | |
| 11 | 7 | Sustained |
| 11 | 16 | Sustained |
| 11 | 22 | Sustained |
| 12 | 6, 8 | Sustained |
| 12 | 23 | Sustained – agreement at 13, L21 |
| 14 | 8 | Overruled |
| 14 | 13 | Overruled |
| 14-16 | | Delete – question never answered |
| 17 | 9 | Sustained |
| 17 | 17 | Sustained |

| Objection Page | Line | Ruling |
|---|---|---|
| 17 | 22 | Sustained |
| 18 | 11 | Sustained, strike 3-11 |
| 19 | 5-22 | Strike – never answered |
| 20-21 | 10-25, 1-25 | Strike – never answered |
| 24-25 | 21-25, 1-16 | Overruled but strike as never answered |
| 25, 26 | 24-25, 1-6 | Overruled |
| 28 | 1-24 | Overruled |
| 28-29 | 25, 1-19 | Sustained – strike |
| 31 | 22-25 | Sustained – strike |
| 32-33 | 1-25, 1-11 | Sustained – strike |
| 34-35 | 25, 1-10 | Overruled |
| 37 | 23 | Overruled |
| 37-39 | 24-25, 1-25, 1-6 | Delete colloquy Sustained at 4-6 |
| 39 | 15-17 | Sustained – delete |
| 39 | 24 | Overruled |
| 40 | 5-8 | Sustained |
| 40 | 13-16 | Sustained |
| 40 | 20 | Overruled |
| 40-41 | 21-25, 1-7 | Overruled – delete |

| Objection | | Ruling |
|---|---|---|
| Page | Line | |
| 41-42 | 20-25, 1-7 | Delete – never answered |
| 42 | 19 | Overruled |
| 44 | 14 | Overruled |
| 44-45 | 20-25 | Overruled |
| 45 | 10-13 | Overruled |
| 47-48 | 8-25, 1-6 | Sustained |
| 48 | 15 | Sustained |
| 48 | 21 | Overruled |
| 49 | 10 | Sustained |
| 51-53 | 25, 1-25, 1-4 | Sustained – strike |
| 56 | 5 | Overruled |
| 56-57 | 6-25, 1-6 | Strike |
| 65-66 | 23-25, 1-4 | Strike – never answered |
| 70 | 19 | Sustained, strike 17-20 |
| 73 | 1-9 | Strike – not answered |
| 74-76 | 19-25, 1-25, 1-3 | Strike |
| 93-94 | 21-25, 1-21 | Sustained – strike |
| 96 | 11-24 | Sustained – strike |

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: August 3, 2006

cc:   Jean B. Weld, Esq.
      Robert J. Rabuck, Esq.
      David H. Bownes, Esq.