UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 09 2006

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-85-JM |
| ) | |
| Thirty Eight Thousand Dollars ($38,000.00) in ) | |
| United States Currency, More or Less, seized ) | |
| from Alvin Drake, ) | |
| ) | |
| Defendant in rem. ) | |
| _____) | |

## ORDER COMPELLING TESTIMONY

On motion of the United States Attorney for the District of New Hampshire for an Order requiring and compelling Garrett Pratt to give testimony and provide other information and evidence pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and it appearing to the satisfaction of the Court that:

1. Garrett Pratt has been subpoenaed to testify before the United States District Court in connection with the above-captioned case;

2. Based upon representations from the witness, after the witness consulted with counsel, the witness has refused to testify on the basis of the witness's privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from this witness may be necessary to the public interest; and

4. The aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in charge of the Criminal Division of the United States Department

of Justice, pursuant to the authority vested in such person by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

NOW THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 6002-6003, that Garrett Pratt give testimony or provide other information which this witness has refused or is likely to refuse to provide on the basis of this witness's privilege against self-incrimination as to all matters about which this witness may be interrogated during trial or in any proceeding ancillary thereto. However, no testimony or other information compelled under this Order, nor any information directly or indirectly derived from such testimony or other information, may be used against the witness in any criminal case, except for perjury, giving a false statement, or otherwise failing to comply with this Order.

This Order shall become effective only if, after the issuance of this Order, Garrett Pratt refuses to testify or provide other information on the basis of this witness's privilege against self-incrimination.

Dated: 8/9/06

United States ~~District~~ Judge